MORTON MILMAN, Appellant, *v.* DOROTHY DENNISTON, Respondent.

Submitted May 12, 1947; decided May 22, 1947.

*Ralph E. Freidus* for motion.

No one opposed.

Motion dismissed, with $10 costs and necessary printing disbursements, upon the ground that the judgment sought to be appealed from does not finally determine the action within the meaning of the Constitution in that it is merely a judgment for costs. (*Livingston* v. *Todd Shipyards,* 296 N. Y. 854; *Prescott* v. *Collins,* 290 N. Y. 811.)